# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __17-1550__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Tyrone Reed Scott, Administrator of the Estate of Della Scott

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)  [ ] movant(s)

/s/ Curtis M. Hairston Jr.
(signature)

Curtis M. Hairston Jr.
Name (printed or typed)

The Gee Law Firm, P.C.
Firm Name (if applicable)

4719 Nine Mile Road

Henrico, VA 23223
Address

(804) 419-5522
Voice Phone

(804) 864-5292
Fax Number

chairston@geelawfirm.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __May 10, 2017__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Mark C. Navanti, Esq. (VSB #38709)<br>Christopher Jones, Esq. (VSB #82260)<br>Sinnott, Nuckols & Logan, PC<br>13811 Village Mill Drive<br>Midlothian, Virginia 23114 | Brian A. Richardson (VSB #68582)<br>James M. Synder (VSB #47424)<br>McCANDLISH HOLTON, P.C.<br>1111 East Main Street, Suite 2100<br>P.O. Box 796<br>Richmond, VA 23218 |

/s/ Curtis M. Hairston Jr.
Signature

05/10/2017
Date

01/19/2016 SCC